CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Ave., Ste. 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendants COUNTY OF SACRAMENTO; MATTHEW CHESTERMAN; BRIAN SHORTZ; BRANDON GAYMAN; SHELLY HODGKINS; DOUGLAS DAVIS; THOMAS ANDRIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE KAVENY,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF SACRAMENTO; MATTHEW CHESTERMAN; BRIAN SHORTZ; BRANDON GAYMAN; SHELLY HODGKINS; DOUGLAS DAVIS; THOMAS ANDRIS and DOES 1 through 30,<br><br>        Defendants. | Case No.  2:16-cv-00157-WBS-CKD<br><br>**STIPULATION OF THE PARTIES TO EXTEND PLAINTIFF'S TIME TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON** |

   WHEREAS plaintiff SAGE KAVENY filed a complaint for civil damages in this Court on January 26, 2016;

   WHEREAS defendants COUNTY OF SACRAMENTO, MATTHEW CHESTERMAN, BRIAN SHORTZ, BRANDON GAYMAN, SHELLY HODGKINS, DOUGLAS DAVIS, THOMAS ANDRIS moved to dismiss the complaint;

   WHEREAS the Court granted defendants' motion to dismiss with leave to amend on April 6, 2016, allowing plaintiff 20 days from the date of the order to file the First Amended Complaint;

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION TO EXTEND PL.'S TIME TO FILE FAC; [PROPOSED] ORDER THEREON
Case No. 2:16-cv-00157 WBS CKD

1

WHEREAS the parties have met and conferred and agreed to participate in a settlement conference before Magistrate Judge Kendall J. Newman on June 1, 2016;

WHEREAS the June 1, 2016, settlement conference has been confirmed through ADR Coordinator Sujean Park on April 15, 2016;

WHEREAS extending plaintiff's time to amend to a date that post-dates the settlement conference would conserve judicial resources and the resources of the parties;

WHEREAS a status conference is set in this matter for June 6, 2016, with a Joint Status Report due on May 23, 2016; and

WHEREAS the parties believe that the Joint Status Report and status conference should be deferred until after the settlement conference;

THEREFORE, the parties hereby stipulate, by and through their counsel of record, as follows:

1.   Plaintiff shall have an extension of time to June 15, 2016, in which to file her First Amended Complaint, if necessary; and

2.   Defendants shall have 14 days to respond to the amended pleading in any matter permitted by Federal Rule of Civil Procedure 12;

3.   The dates for the Joint Status Report and status conference shall be vacated, to be re-set in the event that the settlement conference is unsuccessful; and

4.   Plaintiff shall notify the Court within 5 court days and request a new status conference date, if the settlement conference is unsuccessful.

IT IS SO STIPULATED.

DATE:  April 15, 2016                         CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
WENDY MOTOOKA
Attorneys for Defendants COUNTY OF SACRAMENTO; MATTHEW CHESTERMAN; BRIAN SHORTZ; BRANDON GAYMAN; SHELLY HODGKINS; DOUGLAS DAVIS; THOMAS ANDRIS

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION TO EXTEND PL.'S TIME TO FILE FAC; [PROPOSED] ORDER THEREON
Case No. 2:16-cv-00157 WBS CKD

2

DATE: April 15, 2016											LAW OFFICE OF STEWART KATZ

/s/ Stewart Katz
STEWART KATZ, SBN 127425
Attorney for Plaintiff SAGE KAVENY

**ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall have until June 15, 2016 in which to file her First Amended Complaint in this action;

2. Defendants shall have 14 days in which to respond to the amended pleading in any manner permitted by Federal Rule of Civil Procedure 12;

3. The dates for the Joint Status Report and status conference shall be vacated, to be re-set in the event that the settlement conference is unsuccessful; and

4. Plaintiff shall notify the Court within 5 court days and request a new status conference date, if the settlement conference is unsuccessful.

**IT IS SO ORDERED.**

Dated: April 15, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO EXTEND PL.'S TIME TO FILE FAC; [PROPOSED] ORDER THEREON
Case No. 2:16-cv-00157 WBS CKD

3