CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Ave., Ste. 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendants COUNTY OF SACRAMENTO; MATTHEW CHESTERMAN; BRIAN SHORTZ; BRANDON GAYMAN; SHELLY HODGKINS; DOUGLAS DAVIS; THOMAS ANDRIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE KAVENY,<br><br>                    Plaintiff,<br><br>    vs.<br><br>COUNTY OF SACRAMENTO; MATTHEW CHESTERMAN; BRIAN SHORTZ; BRANDON GAYMAN; SHELLY HODGKINS; DOUGLAS DAVIS; THOMAS ANDRIS and DOES 1 through 30,<br><br>                    Defendants. | Case No. 2:16-cv-00157-WBS-CKD<br><br>**STIPULATION OF THE PARTIES TO EXTEND TIME TO FILE DISMISSAL; ORDER THEREON** |

WHEREAS the parties participated in a settlement conference before Magistrate Judge Kendall J. Newman on June 1, 2016;

WHEREAS the parties agreed to a monetary settlement at the June 1, 2016, settlement conference, subject to final approval by the County of Sacramento;

WHEREAS the Sacramento County Sheriff's Department agreed to create a policy addressing the suspension, restriction, or revocation of confidential pass through booth privileges in County Jail facilities;

WHEREAS the parties are preparing to finalize and execute the settlement agreement and

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO EXTEND TIME TO FILE DISMISSAL; [PROPOSED] ORDER THEREON
Case No. 2:16-cv-00157 WBS CKD

1

to file a dismissal pursuant to the Minutes of the Settlement Conference (Doc. #23);

WHEREAS the County is currently researching and drafting the proposed new policy but needs additional time to complete the policy;

THEREFORE, the parties hereby stipulate, by and through their counsel of record, as follows:

1.  The parties shall have a further 45-day extension of time to August 30, 2016, in which to finalize the settlement, perform all terms under the settlement agreement and to file the dismissal.

IT IS SO STIPULATED.

DATE: July 7, 2016                     CREGGER & CHALFANT LLP


/s/ Robert L. Chalfant
ROBERT L. CHALFANT
WENDY MOTOOKA
Attorneys for Defendants COUNTY OF SACRAMENTO; MATTHEW CHESTERMAN; BRIAN SHORTZ; BRANDON GAYMAN; SHELLY HODGKINS; DOUGLAS DAVIS; THOMAS ANDRIS


DATE: July 7, 2016                     LAW OFFICE OF STEWART KATZ


/s/ Stewart Katz
STEWART KATZ, SBN 127425
Attorney for Plaintiff SAGE KAVENY

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION TO EXTEND TIME TO FILE DISMISSAL; [PROPOSED] ORDER THEREON
Case No. 2:16-cv-00157 WBS CKD

2

**ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. The parties shall have a further 45-day extension of time to August 30, 2016, in which to finalize the settlement, perform all terms under the settlement agreement and to file the dismissal.

**IT IS SO ORDERED.**

Dated: July 8, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION TO EXTEND TIME TO FILE DISMISSAL; [PROPOSED] ORDER THEREON
Case No. 2:16-cv-00157 WBS CKD

3