Case 2:16-cv-00157-WBS-CKD   Document 27   Filed 08/31/16   Page 1 of 3

1  CREGGER & CHALFANT LLP
   ROBERT L. CHALFANT, SBN 203051
2  Email: rlc@creggerlaw.com
   WENDY MOTOOKA, SBN 233589
3  Email: wm@creggerlaw.com
   701 University Ave., Ste. 110
4  Sacramento, CA 95825
   Phone: 916.443-4443
5  Fax:  916.443-2124

6  Attorneys for Defendants COUNTY OF
   SACRAMENTO; MATTHEW CHESTERMAN;
7  BRIAN SHORTZ; BRANDON GAYMAN;
   SHELLY HODGKINS; DOUGLAS DAVIS;
8  THOMAS ANDRIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE KAVENY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; MATTHEW CHESTERMAN; BRIAN SHORTZ; BRANDON GAYMAN; SHELLY HODGKINS; DOUGLAS DAVIS; THOMAS ANDRIS and DOES 1 through 30,<br><br>Defendants. | Case No.  2:16-cv-00157-WBS-CKD<br><br>**STIPULATION OF THE PARTIES TO EXTEND TIME TO FILE DISMISSAL; ORDER THEREON** |

WHEREAS the parties participated in a settlement conference before Magistrate Judge Kendall J. Newman on June 1, 2016;

WHEREAS the parties agreed to a monetary settlement at the June 1, 2016, settlement conference, subject to final approval by the County of Sacramento;

WHEREAS the Sacramento County Sheriff's Department agreed to create a policy addressing the suspension, restriction, or revocation of confidential pass through booth privileges in County Jail facilities;

WHEREAS the parties are in the process of finalizing the settlement agreement and

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO EXTEND TIME TO FILE
DISMISSAL; [PROPOSED] ORDER THEREON
Case No. 2:16-cv-00157 WBS CKD

1

discussing possible revisions to the proposed new policy;

WHEREAS the policy has not been finalized yet, and is currently awaiting final review and approval by the Union and County.

THEREFORE, the parties hereby stipulate, by and through their counsel of record, as follows:

1. The parties shall have a further 45-day extension of time to October 13, 2016, in which to finalize the settlement, perform all terms under the settlement agreement and to file the dismissal.

IT IS SO STIPULATED.

DATE: August 29, 2016          CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
WENDY MOTOOKA
Attorneys for Defendants COUNTY OF SACRAMENTO; MATTHEW CHESTERMAN; BRIAN SHORTZ; BRANDON GAYMAN; SHELLY HODGKINS; DOUGLAS DAVIS; THOMAS ANDRIS

DATE: August 29, 2016          LAW OFFICE OF STEWART KATZ

/s/ Stewart Katz
STEWART KATZ, SBN 127425
Attorney for Plaintiff SAGE KAVENY

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO EXTEND TIME TO FILE DISMISSAL; [PROPOSED] ORDER THEREON
Case No. 2:16-cv-00157 WBS CKD

2

**ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. The parties shall have a further 45-day extension of time to October 13, 2016, in which to finalize the settlement, perform all terms under the settlement agreement and to file the dismissal.

**IT IS SO ORDERED.**

Dated:  August 30, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO EXTEND TIME TO FILE DISMISSAL; [PROPOSED] ORDER THEREON
Case No. 2:16-cv-00157 WBS CKD

3