CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Ave., Ste. 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendants COUNTY OF SACRAMENTO; MATTHEW CHESTERMAN; BRIAN SHORTZ; BRANDON GAYMAN; SHELLY HODGKINS; DOUGLAS DAVIS; THOMAS ANDRIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE KAVENY,<br><br>                Plaintiff,<br><br>       vs.<br><br>COUNTY OF SACRAMENTO; MATTHEW CHESTERMAN; BRIAN SHORTZ; BRANDON GAYMAN; SHELLY HODGKINS; DOUGLAS DAVIS; THOMAS ANDRIS and DOES 1 through 30,<br><br>                Defendants. | Case No.  2:16-cv-00157-WBS-CKD<br><br>**STIPULATION OF THE PARTIES TO FURTHER EXTEND TIME TO FILE DISMISSAL; ORDER THEREON** |

WHEREAS the parties participated in a settlement conference before Magistrate Judge Kendall J. Newman on June 1, 2016;

WHEREAS the parties agreed to a monetary settlement at the June 1, 2016, settlement conference, subject to final approval by the County of Sacramento;

WHEREAS the parties have finalized the settlement agreement and are circulating the agreement for signature; and

WHEREAS the settlement check has been ordered and is expected to be received in the next two to three weeks.

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO FURTHER EXTEND TIME TO FILE DISMISSAL; [PROPOSED] ORDER THEREON
Case No. 2:16-cv-00157 WBS CKD

1

THEREFORE, the parties hereby stipulate, by and through their counsel of record, as follows:

1. The parties shall have a further 22-day extension of time to November 4, 2016, in which to obtain final signatures on the settlement agreement, provide the settlement check, and to file the dismissal.

IT IS SO STIPULATED.

DATE: October 13, 2016                    CREGGER & CHALFANT LLP


/s/ Robert L. Chalfant
ROBERT L. CHALFANT
WENDY MOTOOKA
Attorneys for Defendants COUNTY OF SACRAMENTO; MATTHEW CHESTERMAN; BRIAN SHORTZ; BRANDON GAYMAN; SHELLY HODGKINS; DOUGLAS DAVIS; THOMAS ANDRIS


DATE: October 13, 2016                    LAW OFFICE OF STEWART KATZ


/s/ Stewart Katz
STEWART KATZ, SBN 127425
Attorney for Plaintiff SAGE KAVENY

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION TO FURTHER EXTEND TIME TO FILE DISMISSAL; [PROPOSED] ORDER THEREON
Case No. 2:16-cv-00157 WBS CKD

2

**ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. The parties shall have a further 22-day extension of time to November 4, 2016, in which to finalize the settlement, provide the settlement check and to file the dismissal.

**IT IS SO ORDERED.**

Dated: October 17, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION TO FURTHER EXTEND TIME TO FILE
DISMISSAL; [PROPOSED] ORDER THEREON
Case No. 2:16-cv-00157 WBS CKD

3