1  **LAW OFFICE OF STEWART KATZ**
   STEWART KATZ, State Bar #127425
2  555 University Avenue, Suite 270
   Sacramento, California 95825
3  Telephone: (916) 444-5678

4
   Attorney for Plaintiff
5  SAGE D. KAVENY

6

7              **UNITED STATES DISTRICT COURT**

8              **EASTERN DISTRICT OF CALIFORNIA**

9  SAGE D. KAVENY,

10        Plaintiff,                    No.  **2:16-cv-00157-WBS-CKD**
                                        **STIPULATION FOR DISMISSAL;**
11                                      [~~PROPOSED~~] **ORDER**
              vs.
12
   COUNTY OF SACRAMENTO; MATTHEW
13 CHESTERMAN; BRIAN SHORTZ;
   BRANDON GAYMAN; SHELLY
14 HODGKINS; DOUGLAS DAVIS; THOMAS
   ANDRIS and  DOES 1 through 30, inclusive,
15
16        Defendants.
17 _____/

18

19

20        IT IS HEREBY STIPULATED and agreed by and between Plaintiff SAGE D. KAVENY

21 and  Defendants  COUNTY  OF  SACRAMENTO;  MATTHEW  CHESTERMAN;  BRIAN

22 SHORTZ;  BRANDON  GAYMAN;  SHELLY  HODGKINS;  DOUGLAS  DAVIS;  and

23 THOMAS ANDRIS be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules

24 of Civil Procedure.

25        Each party is to bear its/his own fees and costs, including all attorneys' fees.

26 ///

27 ///

28 ///

1

2    Dated: November 4, 2016                    LAW OFFICE OF STEWART KATZ

3                                               /s/ Stewart Katz
                                                Stewart Katz
4                                               Attorney for Plaintiff,
5                                               SAGE KAVENY

6

7    Dated: November 4, 2016                    RANDOLPH CREGGER & CHALFANT LLP

8                                               /s/ Robert L. Chalfant

9                                               Robert L. Chalfant
                                                Attorneys for Defendants
10                                              COUNTY OF SACRAMENTO;
                                                MATTHEW CHESTERMAN;
11                                              BRIAN SHORTZ; BRANDON GAYMAN;
                                                SHELLY HODGKINS; DOUGLAS DAVIS;
12                                              and THOMAS ANDRIS

13

14
     ///
15
     ///
16
     ///
17
     ///
18
     ///
19
     ///
20
     ///
21
     ///
22
     ///
23
     ///
24
     ///
25
     ///
26
     ///
27
     ///
28

1    ///

2

3

4                              **ORDER DISMISSING ACTION**

5            **IT IS SO ORDERED.**   This action against Defendants COUNTY OF

6    SACRAMENTO; MATTHEW CHESTERMAN; BRIAN SHORTZ; BRANDON GAYMAN;

7    SHELLY HODGKINS; DOUGLAS DAVIS; and THOMAS ANDRIS is dismissed with

8    prejudice.  All parties to bear its/their own attorneys' fees and costs.

9

10   Dated:  November 4, 2016

11   _____

12   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28